UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:

                                                                                Case No.: 8-11-74390
                                                                                In Proceeding Under
                                                                                Chapter 7

*Elaine Gunther*
*(SS# 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)*
*7 Cross Road*
*Ridge, New York 11961*                                       **NOTICE OF APPEARANCE**
                                             *Debtor.*
-------------------------------------------------------------x

**S I R (S): PLEASE TAKE NOTICE:**

        **THAT**, the Creditor, **ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION** appears in this Action and that the undersigned has been retained as attorney for the Creditor and demands that you serve all papers in this Action upon the undersigned at the address stated below.

*Dated:*        *East Islip, New York*
                *June 22, 2011*

                                                        *Yours, etc.,*

                                                        **PETER SEIDEMAN, ESQ.**
                                                        *Attorney for Creditor*
                                                        *Astoria Federal Savings & Loan*
                                                        *136 East Main Street*
                                                        *East Islip, New York 11730*
                                                        *(631) 224-4040*

TO:    UNITED STATES BANKRUPTCY COURT
           *290 Federal Plaza*
           *P.O. Box 9013*
           *Central Islip, New York 11722*

           **STANLEY J. SOMER, ESQ.**
           *Attorney for Debtor*
           *(631)462-2323*

*Case No.: 11-74390*                               *Year: 2011*

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF NEW YORK*

*In Re:*

*Elaine Gunther*
*(SS# 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)*
*7 Cross Road*
*Ridge, New York 11961*

*NOTICE OF APPEARANCE*

*PETER SEIDEMAN, ESQ.*
*Attorney for Creditor*
*136 East Main Street*
*East Islip, New York 11730*
*(631) 224-4040*

*To:*

*Attorney (s) for:* _____
*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*                                        _____
                                                         *Attorney (s) for*

　　　　　　　　　　　　　　　　　　*Yours, etc.,*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Signature Pursuant to 22NYCRR 130-1.1a*
　　　　　　　　　　　　　　　　　　*By: Peter Seideman, Esq.*
　　　　　　　　　　　　　　　　　　*Law Office of Peter Seideman*
　　　　　　　　　　　　　　　　　　*Attorney for Creditor*
　　　　　　　　　　　　　　　　　　*136 East Main Street*
　　　　　　　　　　　　　　　　　　*East Islip, New York 11730*
　　　　　　　　　　　　　　　　　　*(631) 224-4040*